Brian C. O'Hara, Esq. (SBN 134024)
WATKINS & LETOFSKY, LLP
2900 S Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Telephone: (949) 476-9400
Facsimile: (949) 476-9407
Attorney for Plaintiff, STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC. a Connecticut corporation dba DEWALT, and DOES 1-20, Inclusive,<br><br>Defendants. | **CASE NO.: 5:25−cv−1778 KK-DTB**<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**COMPLAINT FILED:** May 8, 2025<br>**REMOVAL DATE:** July 14, 2025 |

Plaintiff STATE FARM GENERAL INSURANCE COMPANY and Defendant STANLEY BLACK AND DECKER, INC. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal of this action with prejudice.

<u>DISMISSAL</u>: The Parties have resolved all claims and disputes between them, and they hereby stipulate to the dismissal of this entire action, including all

- 1 -
JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

claims and causes of action asserted by Plaintiff against Defendant, and all counterclaims, cross-claims, and third-party claims, with prejudice.

IT IS SO STIPULATED.

Dated: November 13, 2025          **WATKINS & LETOFSKY, LLP**

By: _____
BRIAN C. O'HARA
Attorneys for Plaintiff STATE FARM
GENERAL INSURANCE COMPANY

Dated:  November 12, 2025         **LESTER, CANTRELL & KRAUS, LLP**

By: */s/ Paul J. Johnson*_____
PAUL J. JOHNSON
Attorneys for Defendant
STANLEY BLACK AND DECKER, INC.

Local Rule 5-4.3.4(a)(2)(i) Certification

     Pursuant to Section 5-4.3.4 of the Local Rules of the United States District Court for the Central District Court of California, I hereby certify that all other signatories listed herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 13, 2025

_____
BRIAN C. O'HARA

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
WATKINS & LETOFSKY, LLP
2900 S. HARBOR BLVD. SUITE 240
SANTA ANA, CA 92704

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [F.R.C.P. 21(a)(1)(A)(ii)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 13, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Attorneys for Defendant, Stanley Black & Decker, INC dba Dewalt
LESTER, CANTRELL & KRAUS, LLP
Matthew J. Kraus [SBN 260815]
Paul J. Johnson [SBN 320642]
1770 Iowa Avenue, Suite 110
Riverside, California 92507
Telephone: (951) 300-2690
Facsimile: (951) 300-2694
MKraus@lc-lawyers.com
PJohnson@lc-lawyers.com
LEAD ATTORNEY TO BE NOTIFIED

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/13/2025 | Caroline Hefley | *Caroline Hefley* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**